WILLIAM WOODBRIDGE *versus* ADNA MERRITT and THOMAS KNOWLTON.

Journal Entries (1833–34): *Journal 5:* (1) Death suggested, rule to plead *p. 2; (2) judgment reversed *p. 24.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari; (3) return to certiorari; (4) assignment of errors; (5) suggestion of death, motion for rule to plead to assignment of errors; (6) copy of rule, proof of service.

*1824–36 Calendar*, MS p. 215 [b]; file No. 214.